146 So. 917

### George CARTER v. STATE.
### 8 Div. 578.

Court of Appeals of Alabama.
Feb. 7, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

145 So. 916

### Sardis CASTILLOW v. STATE.
### 3 Div. 725.

Court of Appeals of Alabama.
Jan. 10, 1933.

SAMFORD, J.
Affirmed.

140 So. 924

### Dennis CASTLEBERRY v. STATE.
### 4 Div. 887.

Court of Appeals of Alabama.
April 5, 1932.

BRICKEN, P. J.

The prosecution against this appellant originated on June 7, 1931, by affidavit and warrant returnable to the county court which charged him with the offense of violating the prohibition laws of the state. From a judgment of conviction in said court he appealed to the circuit court and was again convicted; from the judgment in the circuit court this appeal was taken. The appeal is upon the record proper there being no bill of exceptions. As the record is regular and without error, the judgment of conviction in the circuit court will stand affirmed.

Affirmed.

139 So. 912

### Bruce CAVIN v. STATE.
### 7 Div. 818.

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

148 So. 917

### Richard J. CERASO v. STATE.
### 6 Div. 448.

Court of Appeals of Alabama.
May 9, 1933.

SAMFORD, Judge.
Appeal dismissed.

148 So. 917

### C. A. CHAMBERS v. STATE.
### 6 Div. 434.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Affirmed.

145 So. 916

### Homer CHAMBERS v. STATE.
### 8 Div. 758.

Court of Appeals of Alabama.
Dec. 20, 1932.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.